Heineman Lumber Company, appellee, v. Jones, Coates & Bailey, corporation, appellant. Gen. No. 24,848.

Action to recover purchase price of lumber; set-off for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Harry A. Biossat, for appellant. Hoyne, O'Connor & Irwin, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Geraldine B. Edlund, appellee, v. Arthur E. Edlund, appellant. Gen. No. 24,900.

Bill for divorce. Decree for complainant with alimony. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Thomson, Judge, presiding. Heard in this court at the June term, 1918. Affirmed. Opinion filed March 10, 1919. Rehearing denied and opinion modified March 24, 1919.

Farlin H. Ball, and G. A. Buresh, for appellant. Litsinger, Healy & Reid, for appellee; James J. Finn, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Rose V. Shuman, appellee, v. Robert Eckhardt, appellant. Gen. No. 24,580.

Bill to restrain tenant from making alterations in leased premises. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919. Rehearing denied March 24, 1919.

Paden & Kropf, for appellant; Oscar O. Kropf, of counsel. Robert F. Munsell, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Alvin V. Konsberg, appellee, v. The Fred R. Jones Company, appellant. Gen. No. 24,590.

Action to recover commissions in securing a purchaser for a steam shovel. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919. Rehearing denied March 24, 1919.

Ernest W. Clark, for appellant. William J. Pringle and Edwin Terwilliger, Jr., for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Gustav A. Wolter, appellee, v. Christine Szameit et al. (defendants), on appeal of Christine Szameit, individually and as executrix of the last will of Wilhelmine Gebhardt Wolter, deceased, and William Krueger, appellants. Gen. No. 24,599.

Motion to vacate default decree setting aside a will. Motion denied. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded with directions. Opinion filed March 10, 1919.

Edgar A. Jonas, and Louis W. Reinecker, Jr., for appellants.    Jay Clifford McCally, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

J. F. Lyon, trading as J. F. Lyon & Company, appellee, v. Alfred F. Anderson, appellant.    Gen. No. 24,610.
Action to recover commissions by real estate broker    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding.    Heard in this court at the October term, 1918.    Affirmed.    Opinion filed March 10, 1919.
Joel C. Carlson, for appellant.    Adams, Crews, Childs & Bobb, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

Henry Ullrich, appellee, v. H. H. Curtis, appellant.    Gen. No. 24,618.
Judgment by confession upon a lease.    Motion to open denied. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding.    Heard in this court at the October term, 1918.    Affirmed.    Opinion filed March 10, 1919.
John J. Griffin, for appellant.    Payne & Payne, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

Solomon Kabaker, trustee, appellee, v. Louis Cohen, appellant. Gen. No. 24,632.
Forcible detainer to recover possession of leased premises.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding.    Heard in this court at the October term, 1918.    Affirmed.    Opinion filed March 10, 1919.
George B. Cohen, for appellant; Joseph H. Lawler, of counsel. Ringer & Wilhartz, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

John Enright, Jr., by next friend, appellee, v. T. Karlowsky et al., on appeal of James Kral, appellant.    Gen. No. 24,644.
Action to recover for personal injuries sustained by a 12-year-old boy while riding on a hoist used by a contractor in the construction of a building.    Judgment for plaintiff.    Appeal from the Circuit Court of Cook county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the October term, 1918.    Reversed with finding of fact.    Opinion filed March 10, 1919.
Thomas E. Swanson, for appellant.    Edward J. Green, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

Edward S. Glickauf, administrator of the estate of Wolfe Adolphus, deceased, appellee, v. Anna N. Kendall, appellant.    Gen. No. 24,665.
Action upon a promissory note.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding.    Heard in this court at the October term, 1918. Reversed and remanded.    Opinion filed March 10, 1919.
Samuel B. Hill, for appellant.    George L. Schein, for appellee.
Mr. Justice McSurely delivered the opinion of the court.